```
 1  CRISTINA L. TALLEY, CITY ATTORNEY
    MOSES W. JOHNSON, IV, ASSISTANT CITY ATTORNEY
 2  STATE BAR NO. 118769
    200 South Anaheim Boulevard, Suite 356
 3  Anaheim, California 92805
    (714) 765-5169
 4  (714) 765-5123 FAX
    mjohnson@anaheim.net
 5
 6  Attorneys for Defendants
    CITY OF ANAHEIM, CHIEF JOHN WELTER
 7  OFFICER PATRICK HORNAK and OFFICER
    ADHAM
 8
```

OFFICE OF THE CITY ATTORNEY
CITY OF ANAHEIM
200 S. ANAHEIM BOULEVARD, SUITE 356
ANAHEIM, CALIFORNIA 92805
(714) 254-5169
FAX (714) 254-5123

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARRY EISENBERG, individually and on behalf of Class of Persons similarly situated, | CASE NO. CV 09-04581GW (CWx) |
| Plaintiffs, | STIPULATION FOR PROTECTIVE ORDER RE CONFIDENTIAL INFORMATION; [█████] ORDER RE: SAME |
| vs. | |
| CITY OF ANAHEIM, CHIEF JOHN WELTER, OFFICER PATRICK HORNAK, OFFICER ADHAM et al., | |
| Defendants. | |

The parties, Plaintiff BARRY EISENBERG and proposed Class ("Plaintiff"), and Defendants CITY OF ANAHEIM, CHIEF JOHN WELTER, OFFICER PATRICK HORNAK and OFFICER ADHAM ("City") through their respective attorneys of record, agree that the following protective order be issued in this matter pursuant to Rule 26(c)(7) of the Federal Rules of Civil Procedure.

1. This Protective Order applies to and governs the use of law enforcement investigative reports and records which are being produced to Plaintiffs by the City. This Order shall also apply to and govern any other investigative or law enforcement reports or records subsequently produced to Plaintiff by the City (hereinafter referred to as "Confidential Information"), including but not limited to, police reports or records prepared by the Anaheim Police Department.

The term Confidential Information shall mean and include the documents listed above, any and all portions thereof, and all documents of whatever kind containing information set forth in or obtained from these documents.

2. Plaintiffs' counsel shall use the Confidential Information solely for the purposes of this litigation, and shall not disclose any portion of the Confidential Information to any other person, firm or corporation except:

    a. Bona fide employees of counsel's law offices, and then only to the extent necessary to enable said persons to assist in litigation of this action;

    b. Plaintiffs, to the extent deemed necessary by counsel for the prosecution of this litigation;

    c. Expert witnesses employed by the parties to this

1

action;

    d. Consultants retained by the parties to this action; or

    e. The Court.

3. All persons described in paragraph 2 (a) through (d) above shall not disclose any portion of said Confidential Information and shall not use any information obtained therefrom except in conformance with this Protective Order and for purposes of this litigation. Any party who discloses Confidential Information to any person described in paragraph 2 (a) through (d) shall advise such person that said matters constitute Confidential Information which may be used only for the litigation of this action, and shall, prior to disclosure of the Confidential Information, have such person execute a written Understanding and Agreement to be bound by this Stipulation for Protective Order in the form attached hereto as Exhibit 1.

4. Any deposition testimony that encompasses or concerns Confidential Information shall be transcribed in a separate booklet that is marked on its cover "Confidential: Do not Disclose by Court Order." In addition, any documents containing Confidential Information that are submitted to the Court for filing must be submitted in accordance with Local Rule 79-5.

5. The attorneys for Plaintiffs are directed to retain all copies of documents, notes, or summaries containing Confidential Information in their custody, possession and control and to take the necessary precautions to prevent persons not authorized as provided above from obtaining access to any such Confidential Information.

6. Production of the Confidential Information protected by this Stipulated Agreement and Order shall not constitute a waiver of any privileged or confidentiality or privacy right. The parties retain the right to assert all substantive objections to the Confidential Information, including but not limited to, relevancy, hearsay, privacy, privilege, and Rule 403 of the *Federal Rules of Evidence*.

7. At the conclusion of this action, all documents containing Confidential Information, all copies and extracts thereof, with the exception of those documents affected by the attorney work-product doctrine or attorney-client privilege, shall be returned to counsel for the City. As to those documents protected by the attorney work-product doctrine or attorney-client privilege, Plaintiffs and their counsel agree that any and all such documents shall either be redacted and returned to the City or shall be destroyed.

IT IS SO STIPULATED.

DATED: October 30, 2009       CRISTINA L. TALLEY, CITY ATTORNEY

                              BY _____
                                 MOSES W. JOHNSON, IV
                                 Assistant City Attorney
                                 Attorneys for Defendants
                                 CITY OF ANAHEIM, CHIEF JOHN
                                 WELTER, OFFICER PATRICK
                                 HORNAK and OFFICER ADHAM

Dated: NOVEMBER 2, 2009       LAW OFFICE OF BRUCE W. NICKERSON

                              By: _____
                                 BRUCE W. NICKERSON
                                 Attorney for Plaintiffs
                                 BARRY EISENBERG and Class

OFFICE OF THE CITY ATTORNEY
CITY OF ANAHEIM
200 S. ANAHEIM BOULEVARD, SUITE 356
ANAHEIM, CALIFORNIA 92805
(714) 254-5169
FAX (714) 254-5123

| | |
|---|---|
| 1 | **ORDER** |
| 2  IT IS SO ORDERED: | |
| 3  DATED: November 10, 2009 | *Carla M. Woehrle* |
| 4 | HON. CARLA WOEHRLE<br>UNITED STATES MAGISTRATE JUDGE |

OFFICE OF THE CITY ATTORNEY
CITY OF ANAHEIM
200 S. ANAHEIM BOULEVARD, SUITE 356
ANAHEIM, CALIFORNIA 92805
(714) 254-5169
FAX (714) 254-5123

4

EXHIBIT 1

UNDERSTANDING AND AGREEMENT PURSUANT

TO PROTECTIVE ORDER

I have read the Stipulation and Protective Order in Barry Eisenberg et al. v. City of Anaheim et al., Case No. CV09-04581GW(CWx), now pending in the United States District Court of the Central District of California. I understand the Stipulation and agree to be bound by its terms.

DATED: _____, 2009

_____
SIGNATURE

_____
PRINT NAME

_____
ADDRESS

_____
CITY, STATE, ZIP

OFFICE OF THE CITY ATTORNEY
CITY OF ANAHEIM
200 S. ANAHEIM BOULEVARD, SUITE 356
ANAHEIM, CALIFORNIA 92805
(714) 254-5169
FAX (714) 254-5123