**MADE JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARRY EISENBERG, | CASE NO.: CV 09-4581-GW(CWx) |
| *Plaintiff,* | **ORDER DISMISSING ACTION** |
| vs. | |
| CITY OF ANAHEIM, et al., | |
| *Defendants.* | |

GOOD CAUSE appearing therefore,

IT IS HEREBY ORDERED that the above-captioned action be and hereby is, dismissed, with prejudice pursuant to FRCP 41(a)(1).

DATED: December 2, 2010

_____
HONORABLE GEORGE H. WU
UNITED STATES DISTRICT COURT JUDGE

1